**Tyrone J. GREER, Plaintiff–Appellant,**

v.

**COUNTY OF COOK, ILLINOIS, et al., Defendants–Appellees.**

**Tyrone J. Greer, Plaintiff–Appellant,**

v.

**Bank One, N.A., Formerly Known as the First National Bank of Chicago, Defendant–Appellee.**

**Tyrone Greer, Plaintiff–Appellant,**

v.

**Frank Horton, et. al., Defendants– Appellees.**

**Nos. 02–2459, 02–2932.**

United States Court of Appeals, Seventh Circuit.

Jan. 14, 2003.

Before BAUER, POSNER, and DIANE P. WOOD, Circuit Judges.

## ORDER

On consideration of the petitions for rehearing and petitions for rehearing *en banc* filed in the above-captioned cases, no judge in active service has requested a vote thereon and all of the judges on the original panels have voted to deny rehearing. Therefore, the petitions for rehearing are DENIED.